UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA    R = 290769

IN RE:                                    CASE NO.   06-13549-BKC-AJC
KAREN L. HASTY



CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

**MAY 2 6 2011**

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,023.65 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____ **MAY 2 5 2011** _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

    KAREN L. HASTY

    17890 NE 31 CT
    APT 3230
    AVENTURA, FLORIDA 33160

    ANDREW BELLINSON, ESQ.
    10800 BISCAYNE BLVD
    SUITE 925
    MIAMI, FL 33161

    NUVELL CREDIT COMPANY LLC
    PO BOX 7100
    LITTLE ROCK, AK 72223-7100

    U.S. Trustee
    51 S. W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   06-13549-BKC-AJC
KAREN L. HASTY


                                      CHAPTER 13



KAREN L. HASTY

17890 NE 31 CT
APT 3230
AVENTURA, FLORIDA 33160

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

NUVELL CREDIT COMPANY LLC          ---------$        2,023.65
PO BOX 7100
LITTLE ROCK, AK 72223-7100

                                            UNDELIVERABLE/STALE
                                            CLAIM REGISTER# /—/

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130